1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LESLIE G. STONE,

11            Petitioner,                    No. CIV S-06-1712 DFL CMK P

12        vs.

13    K. PROSPER,

14            Respondents.

15    _____/          ORDER

16            By order and findings and recommendations filed August 17, 2006, the court

17    granted petitioner's request to proceed in forma pauperis and  recommended that petitioner's

18    application for a writ of habeas corpus be dismissed for failure to exhaust state remedies.  On

19    September 20, 2006, the petitioner filed objections, which stated that petitioner had exhausted

20    his habeas application in state court.  Petitioner attached the California Supreme Court decision

21    denying his petition.  Petitioner also filed an amended habeas petition naming the correct

22    respondent.

23            Accordingly, IT IS ORDERED that:

24            1.  The findings and recommendations filed August 17, 2006 are vacated;

25            2.  The Clerk of the Court is directed to file petitioner's amended petition;

26            3.  Respondents are directed to file an answer to the amended petition within

      forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.

1  Respondents shall include with the answer any and all transcripts or other documents relevant to

2  the determination of the issues presented in the application.  Rule 5, Rules Governing Section

3  2254 Cases;

4         4.  Petitioner's traverse, if any, is due on or before thirty days from the date

5  respondents' answer is filed;

6         5.  The Clerk of the Court shall serve a copy of this order together with a copy of

7  petitioner's application for writ of habeas corpus on Michael Patrick Farrel, Senior Assistant

8  Attorney General;

9         6.  The Clerk of the Court is directed to change the caption of this case to reflect

10  the appropriate respondent, K. Prosper.

11

12  DATED:   September 25, 2006.

13

14                                  

15          **CRAIG M. KELLISON**
        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26