IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE G. STONE,<br><br>          Petitioner,<br><br>vs.<br><br>K. PROSPER, Warden,<br><br>          Respondent. | Case No. 2:06-cv-1712-RRB<br><br><br>**ORDER ADOPTING**<br>**FINDINGS AND RECOMMENDATIONS** |

Petitioner Leslie Gene Stone ("Petitioner"), a state prisoner proceeding pro se, filed the above-entitled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, on the ground that his admission of prior convictions was not sufficient for imposition of a two year prior prison enhancement.  The matter was referred to a United States Magistrate Judge pursuant to the Local Rules of the Eastern District of California.

On December 13, 2006, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 11) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be

ORDER ADOPTING FINDINGS AND RECOMMENDATION - 1
2:06-CV-1712-RRB

filed within twenty days.  Plaintiff did not file objections within the allotted time.

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has considered the relevant pleadings filed in this matter, and, noting no objection from Plaintiff, finds the Magistrate's Findings and Recommendations (Docket 11) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.    The Findings and Recommendations (Docket 11) filed on December 13, 2006, are adopted in full;

2.    Respondent's  Motion  to  Dismiss  (Docket  9)  is granted;

3.    Petitioner's petition for writ of habeas corpus is dismissed for failure to exhaust state remedies.

ENTERED this 16th day of August, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE